IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

HAROLD DWAYNE LATIN                                                                                    PLAINTIFF

v.                                          Civil No. 4:23-cv-4103

SHERIFF DANNY MARTIN,
Nevada County Jail;
LIEUTENANT DEPUTY KAREN GROMBLEY,
Nevada County Jail;
DEXTER PAYNE, Arkansas Division of Correction;
DR. RONALD S. EXUM, ER Physician,
Wadley Regional Medical Center; and
TAMMY L. WELLMAN, RN                                                                            DEFENDANTS

## ORDER

Before the Court is Plaintiff Harold Dwayne Latin's Motion for Non-Dismissal. (ECF No. 11). The Court finds that no response is necessary and that the matter is ripe for consideration.

On October 23, 2023, Plaintiff filed this civil-rights action under 42 U.S.C. § 1983, proceeding *pro se* and *in forma pauperis* ("IFP"), and alleging that Defendants violated his constitutional rights while he was incarcerated in the Nevada County Detention Center. His claims were based on an incident that occurred on November 16, 2018, in which Plaintiff alleges he slipped and fell at the Nevada County Detention Center because of a water leak.

On November 20, 2023, Magistrate Judge Mark E. Ford issued a Report and Recommendation, in which Judge Ford recommended that Plaintiff's claims be dismissed. ECF No. 7. Judge Ford found that Plaintiff's claims against Defendants Dr. Ronald S. Exum, Wadley Regional Medical Center, Sheriff Danny Martin, and Lieutenant Deputy Karen Grombley were barred by *res judicata*. Judge Ford found that Plaintiff failed to state claims against Defendants Dexter Payne and Tammy L. Wellman. Further, Judge Ford found that Plaintiff's claims were

barred by Arkansas' three-year statute of limitations.  Plaintiff did not file objections to the Report and Recommendation (ECF No. 7), and on January 8, 2024, the Court issued an order adopting the Report and Recommendation and dismissing Plaintiff's claims.  ECF No. 10.

On January 17, 2024, Plaintiff filed the instant post-judgment motion.  Plaintiff states that he has "presented evidence that should keep [his] case going" and that he has sustained injuries because of his fall at Nevada County Detention Center.  In the instant motion, Plaintiff does not address the *res judicata* finding or the statute of limitations issue.  It appears that Plaintiff is asking the Court to reconsider its order adopting the Report and Recommendation and dismissing his claims.

Upon consideration, the Court finds that Plaintiff has not pointed the Court to any manifest error of law, manifest error of fact, or newly discovered evidence such that it is appropriate for the Court to reconsider its order dismissing his claims.  *See Hagerman v. Yukon Energy Corp.*, 839 F.2d 407, 414 (8th Cir. 1988).  Accordingly, Plaintiff's motion (ECF No. 11) is hereby **DENIED**.

**IT IS SO ORDERED**, this 7th day of March, 2024.

/s/ Susan O. Hickey  
Susan O. Hickey  
Chief United States District Judge