Arkansas Federal District Court

RE: Motion to Compell to reopen Case # Civil No. 4:23-CV-40103 — under — Constitutional law — Deliberate Indifference

I Harold D. Latin pray that the Court reopen my case because of unresolved Issues — He has Present new motions And new evidence including photos of the Surgery That he went thru After his Slip & Fall — Causing Serious Neck and Back injury — The defendant pray the Court will reopen his Case — To Show proof of the Respondents Negligence — This has been A long And hard journey for the defendant to endure District Court Case # No. 4:23-CV-4103 Appeal Case No. 24-1428 Respectfully Submitted on This Day 5-16-24 Harold D. Latin ADC# 102491 Thank you! Continuing Injury — Continuing Threat of harm — Continuing Treatment Doctrine....

Mr. Harold D. Latin # 102491
P.O. Box 240
Tucker, AR. 72168-0240



United State District Court
Office of The Clerk
500 State Line Avenue - Room 302
Texarkana, AR. 71854

Legal Mail