IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

HAROLD DWAYNE LATIN                                              PLAINTIFF

v.                              Civil No. 4:23-cv-4103

SHERIFF DANNY MARTIN,
Nevada County Jail;
LIEUTENANT DEPUTY KAREN GROMBLEY,
Nevada County Jail;
DEXTER PAYNE, Arkansas Division of Correction;
DR. RONALD S. EXUM, ER Physician,
Wadley Regional Medical Center; and
TAMMY L. WELLMAN, RN                                             DEFENDANTS

## **ORDER**

Before the Court is Plaintiff Harold Dwayne Latin's Motion to Reopen Case. ECF No. 21. The Court finds that no response is necessary and that the matter is ripe for consideration.

On October 23, 2023, Plaintiff filed this civil-rights action under 42 U.S.C. § 1983, proceeding *pro se* and *in forma pauperis* ("IFP"), and alleging that Defendants violated his constitutional rights while he was incarcerated in the Nevada County Detention Center. His claims were based on an incident that occurred on November 16, 2018, in which Plaintiff alleges he slipped and fell at the Nevada County Detention Center because of a water leak.

On November 20, 2023, Magistrate Judge Mark E. Ford issued a Report and Recommendation, in which he recommended that Plaintiff's claims be dismissed. ECF No. 7. Judge Ford found that Plaintiff's claims against Defendants Dr. Ronald S. Exum, Wadley Regional Medical Center, Sheriff Danny Martin, and Lieutenant Deputy Karen Grombley were barred by *res judicata*. Judge Ford found that Plaintiff failed to state claims against Defendants Dexter Payne and Tammy L. Wellman. Further, Judge Ford found that Plaintiff's claims were barred by Arkansas' three-year statute of limitations. Plaintiff did not file objections to the Report and

Recommendation (ECF No. 7), and on January 8, 2024, the Court issued an order adopting the Report and Recommendation and dismissing Plaintiff's claims.  ECF No. 10.

On January 17, 2024, Plaintiff filed a post-judgment motion asking that the Court not dismiss his case.  ECF No. 11.  Plaintiff stated that he had "presented evidence that should keep [his] case going" and that he had sustained injuries because of his fall at Nevada County Detention Center.  The Court denied the post-judgment motion, noting that Plaintiff had not addressed the *res judicata* finding or the statute of limitations issue.  ECF No. 17.  Plaintiff then appealed the order dismissing his case.  ECF No. 12.

On May 20, 2024, Plaintiff filed the instant motion asking the Court to reopen his case because he now has photographic evidence of the injuries that he sustained because of his fall at Nevada County Detention Center.  Again, Plaintiff fails to address the *res judicata* finding or the statute of limitations issue.  Further, on June 17, 2024, the United States Court of Appeals for the Eighth Circuit affirmed this Court's order dismissing Plaintiff's case.  ECF No. 22-1. Upon consideration, the Court finds that Plaintiff presents no legal basis that would justify reopening this case.  Accordingly, the Plaintiff's Motion to Reopen Case (ECF No. 21) is **DENIED**.

**IT IS SO ORDERED**, this 19th day of February, 2025.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge